UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARQUELIO MARTINEZ, | : | NO. 1:20-CV-01298 |
| Plaintiff, | : | |
| | : | |
| -vs- | : | (SCHWAB, M.J.) |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | [FILED VIA ECF] |

FILED
HARRISBURG, PA
OCT 05 2021
PER_____
DEPUTY CLERK

## ORDER

AND NOW, this 5th day of October, 2021, upon consideration of the Defendant's Uncontested Motion to Remand, it is hereby ORDERED that the Motion is granted, and this case is remanded to Defendant for further administrative proceedings consistent with the Defendant's motion.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket.

BY THE COURT:

/s/ SE Schwab
SUSAN E. SCHWAB
U.S. MAGISTRATE JUDGE